**Order filed April 2, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00885-CV
_____

**LESLIE TAYLOR AND ALFONSO KENNARD, JR., Appellants**

**V.**

**AL DAVIDSON; AMERICAN POSTAL WORKERS UNION, ALF-CIO, LOCAL 185; DEA ALBERTSON; COREY JASPER; BARBARA VAUGHNS; AND DIANN SCURLARK, Appellees**

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2019-11524**

---

## ORDER

The notice of appeal in this case was filed November 1, 2009, on behalf of Leslie Taylor, plaintiff below, and her counsel, Kennard Law, P.C. It is brought from an order signed October 2, 2019, denying "Plaintiff's Bill of Review and Motion for Reconsideration." The subject of the motion was the trial court's order

of July 18, 2019, awarding attorney's fees and sanctions "against Plaintiff and Plaintiff's attorney Alfonso Kennard, Jr."

On February 12, 2020, a brief was filed on behalf of Kennard as appellant. The brief states Kennard is no longer representing Taylor. No motion to withdraw as counsel for Taylor had been filed.

On February 20, 2020, this court issued an order for Kennard to comply with Texas Rule of Appellate Procedure 6.5. No response has been filed.

Lead counsel for appellant has not filed a brief on her behalf and purports not to represent appellant Taylor. However, lead counsel has also not filed a motion to withdraw. *See* Tex. R. App. 6.1(a); 6.5.

Accordingly, we order Alfonso Kennard, Jr., to file, no later than twenty days after the date of this order, either (1) a motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5 or (2) an appellant's brief on behalf of Taylor. Further, we order the clerk of this court to send a copy of this order to appellant Taylor. If no appropriate response is filed by the deadline, the court may dismiss appellant Kennard from the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.